UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES

v.  405CR059

MARTIN J. BRADLEY III, et al.

## ORDER

This criminal RICO prosecution arises from a prescription-drug-based fraud scheme advanced in varying degrees by eight individual and two corporate defendants. Doc. # 1; # 106 at 2. A jury convicted Martin J. Bradley, Jr., Martin J. Bradley, III, Albert Tellechea and Bio-Med Plus, Inc. (Bio-Med). Doc. ## 738-41. The Court ultimately entered Orders directing forfeiture and, to that end, appointing a Receiver and Monitor to marshal the Bradley defendants' forfeited assets. Doc. ## 598, 599, 790.

The Receiver has since marshaled various non-cash assets for liquidation, and the Court recently granted her "Motion to Extend Deadline to Satisfy Consent Forfeiture Amount." Doc. # 895, 900. In a response filed the next day, Norma Bradley complains that the Receiver -- due to Bio-Med's sale -- will have enough cash to pay the $39.5 million forfeiture ordered by this Court, so the Receiver "should stop attempting to liquidate [Norma's] assets -- such as the home at 22 Wright's Point Circle, Beaufort, South Carolina -- once the Receiver ha[s] reached the $39.5 million forfeiture judgment." Doc. # 902 at 2.

Put another way, Norma wants the Receiver's tenure to terminate (and thus the Receiver's attempts to liquidate Norma's assets) once the Bio-Med sale has been completed and $39.5 million amount has been satisfied. The Court welcomes a Reply Brief from the Receiver, and reminds the parties that it has incorporated into this case its liberal Reply Brief policy, as explained in *Pattee v. Georgia Ports Authority*, __ F.Supp.2d __, 2007 WL 777887 (S.D.Ga. 1/24/07).

This _9_ day of April, 2007.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA