**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**UNITED STATES**

v.                                    **405CR059**

**MARTIN J. BRADLEY III, et al.**

## ORDER

This criminal RICO prosecution arises from a prescription-drug-based fraud scheme advanced in varying degrees by eight individual and two corporate defendants. Doc. # 1; # 106 at 2. A jury convicted Martin J. Bradley, Jr., Martin J. Bradley, III, Albert Tellechea and Bio-Med Plus, Inc. (Bio-Med). Doc. ## 738-41. The Court ultimately entered Orders directing forfeiture and, to that end, appointing a Receiver and Monitor to marshal the Bradley defendants' forfeited assets, which includes Bio-Med and its inventory. Doc. ## 598, 599, 790.

The Receiver has since marshaled various non-cash assets for liquidation, and has moved:

(a) for an Order granting leave to dispose of non-pedigree and expired inventory, doc. # 875 (the Court denied this motion without prejudice, doc. # 903 at 8);

(b) for approval of terms of sale for real property, etc., doc. # 890 (the Court granted this motion, doc. # 903 at 8);

(c) for approval of terms of sale for real property, etc., doc. # 898; and

(d) for approval of terms of sale for real property, etc., doc. #899.

Maria Bradley opposes motions ## 898 and 899 by moving to stay these sales pending the appeals of the Bradley and Bio-Med defendants. Doc. # 908. Her arguments are comprehensive and technical.[1] The Court therefore welcomes a Reply Brief from the Receiver. *See also* doc. # 906 (Order also welcoming a Reply Brief on Norma Bradley's motion to terminate the Receiver's tenure "once the Bio-Med sale has been completed and $39.5 million [forfeiture judgment] amount has been satisfied").

This 16 day of April, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 APR 16 AM 9: 59
CLERK
SO. DIST. OF GA.

---

[1] This Court has waded into this general area before. *See* doc. # 857.