UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES

v.                    405CR059

MARTIN J. BRADLEY III, et al.

## ORDER

The Court ***GRANTS*** defendant Martin J. Bradley III's motion to add this Court's 5/17/07 Order (doc. # 934) to the record on his appeal. Doc. # 948. The Court also ***GRANTS*** his motion to adopt Shareholder Maria Bradley's Motion (doc. # 946) to Stay the Destruction of "Non-Pedigree Inventory." Doc. # 952.

This 11 day of June, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA