UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 30 AM 11: 21

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                     CASE NO. CR 405-59

MARTIN J. BRADLEY, III; MARTIN J.
BRADLEY, JR.; JOSE A. TRESPALACIOS;
EDWIN RIVERA, JR.; ALBERT L.
TELLECHEA; MARLENE D. CACERES;
STEPHEN B. GETZ; SARA E. GRIFFIN;
and BIO-MED PLUS, INC.,

      Defendants.

_____/

## CONSENT ORDER TO FILE OBJECTIONS TO LIQUIDATION PLAN

THIS CAUSE having come before the Court upon the Receiver's Motion for Consent Order to File Objections to Liquidation Plan ("Motion to File Objections") (Doc.# 1013), and the Court having read the Motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion to File Objections be and is hereby GRANTED. All interested parties shall have up to an including September 21, 2007 to file their objections to the Liquidation Plan.

This ___30___ day of August, 2007.

                                               B. AVANT EDENFIELD, JUDGE
                                               UNITED STATES DISTRICT COURT
                                               SOUTHERN DISTRICT OF GEORGIA