UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**UNITED STATES**

v.  405CR059

**MARTIN J. BRADLEY III, et al.**

### ORDER

The Receiver's unopposed Motion to Confirm Sale of Real Properties, doc. # 1012, is ***GRANTED***.

This 26 day of September, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA