UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 24  AM 11: 18

CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
v.                             )     CASE NO.  CR 405-59
                               )
MARTIN J. BRADLEY, III; MARTIN )
J. BRADLEY, JR.; JOSE A.  TRESPALACIOS;  )
EDWIN RIVERA, JR.; ALBERT L. TELLECHEA; )
MARLENE D. CACERES; STEPHEN B. GETZ;  )
SARA E. GRIFFIN; and BIO-MED PLUS, INC.,  )
                               )
        Defendants.            )

## ORDER

The Motion by Monitor to file under seal the Monitor's Report No. 14 dated June 2,

2007, and Motion to Redact Certain Portions of Report No. 14 and to file a redacted report,

having been read and considered by the Court and the Court having reviewed the portions of the

report the Monitor desires to redact,

IT IS HEREBY ORDERED that the Monitor's Motion is granted and that Exhibits A and

C to the Monitor's Motion ( the original unredacted report and the redacted portions,

respectively) shall remain under seal and that Exhibit B (the redacted report) shall be considered

as having been filed with the Court and there is no need for the Monitor to refile additional

copies of the original and redacted versions of the report.

This _24_ day of ___Oct___, 2007.

B. AVANT EDENFIELD, Judge
United States District Court

Prepared by:

Dana F. Braun
Attorney for Monitor
Callaway, Braun, Riddle & Hughes, P.C.
P.O. Box 9150
Savannah, Georgia 31412
(912) 238-2750