UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES

v.     405CR059

MARTIN J. Bradley, III, et al.

## ORDER

The Government moves (doc. # 1049) the Court to reconsider *U.S. v. Bradley*, 2007 WL 3046490 (S.D.Ga. 10/16/07) (unpublished), doc. # 1042, familiarity with which is presumed here. The Government complains of this passage:

> [A]s of 9/14/07, the "Receiver has realized and deposited ... a total of $44.2 million into the Receiver's Accounts. Doc. # 1033 at 6. She distributed $40.2 million to the U.S. Marshal as of that date. *Id.*

Doc. # 1042 at 5 (footnote omitted). The Government says, correctly, that the Court misread the Receiver's 9/17/07 Report. In fact, the fine-print on printed page 3 of that Report reveals a $2 million payment to the U.S. Marshal, not $40.2 million.

The Court therefore *AMENDS* its Order # 1042 accordingly, and the Government's reconsideration motion # 1049 is *GRANTED* to the extent that this error is corrected, and the Government is not *yet* obligated to file a Satisfaction of Forfeiture Judgment. *See* doc. # 1049 at 2. However, the rest of the Court's Order stands, including its directions to the parties, as there is little reason to doubt that most, if not all, of what the Receiver has collected will be turned over to the Government, and the Court needs more information before it can act on the Government's request to "choose which of the Defendants' individual or collective non-exempt assets to satisfy the $39.5 million forfeiture judgment." Doc. # 1049 at 3.

Meanwhile, the Court has been perusing the latest Monitor and Receiver reports and is concerned about the cost of their involvement in this case. *See* Monitor's 9/27/07 Report at 8 ($2,067,169 thus far). Until further Order of this Court, *no further compensation payments* shall be disbursed to either of them.[1]

This 24 day of October, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Pursuant to the aforementioned *Bradley* Order, which directs the parties to cooperate in submitting a clear, accurate set of payment numbers to this Court, this case is expected to wind up soon, and thus this expense. The Government is directed to review (and brief the Court on) the Receiver/Monitor compensation to ensure that it is fair and reasonable.