UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV 21 PM 12: 18

CLERK
SO. DIST. OF GA.

CASE NO. CR405-59

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN J. BRADLEY, III; MARTIN J.
BRADLEY, JR.; JOSE A. TRESPALACIOS;
EDWIN RIVERA, JR.; ALBERT L.
TELLECHEA; MARLENE C. CACERES;
STEPHEN B. GETZ; SARA E. GRIFFIN;
and BIO-MED PLUS, INC.,

    Defendants.
_____/

## ORDER GRANTING RECEIVER'S MOTION FOR ORDER AUTHORIZING AND APPROVING CLAIMS PROCEDURE FOR BIO-MED PLUS, INC. AND APPROVING FORM AND MANNER OF SERVICE OF PROOF OF CLAIM AND PUBLICATION OF NOTICE OF CLAIMS PROCESS

THIS CAUSE came before the Court upon the Receiver's Motion for Entry of an Order Authorizing and Approving (1) Receiver's Proposed Claims Process for Bio-Med Plus, Inc.; (2) Form and Manner of Service of Proof of Claim; and (3) Publication of Notice of Claims Process ("Motion"). The Motion, having been filed with this Court and duly served upon all interested parties; and the Court, having reviewed the Motion and good cause appearing therefore, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

1.     The Letter and Proof of Claim attached to the Motion as Exhibit B are approved;

2.     The Claims Bar Date is December 28, 2007.

3. The Receiver is authorized and directed to:

   a. Serve a copy of the Letter and Proof of Claim on all known or potential creditors of Bio-Med Plus, Inc. by First Class mail;

   b. Publish notice of the claims process, which shall include the Claims Bar Date and contact information to request a Proof of Claim, one time in the national edition of *The Wall Street Journal*, for two consecutive weeks in the *Miami Daily Business Review*, and for three days in newspapers of general circulation in locations where Bio-Med maintained distribution centers.

   c. Within five days of service of the Letter and the Proof of Claim the Receiver shall file a Certificate of Service with the Court;

   d. Within fourteen days after publication, the Receiver shall file a Notice of Filing Proof of Publications with the Court;

   e. Review all claims submitted by claimants and determine whether to accept, accept in part, or reject each claim. If a claim is initially rejected, the Receiver shall provide the claimant with an additional ten days from the date the Receiver sends notice of the rejection to the claimant to supply additional information substantiating the claim;

   f. Within forty days after the Claims Bar Date has passed, the Receiver shall file an accounting of all received claims and a motion recommending treatment of the claims. The motion shall provide an explanation for the position taken by the Receiver for each claim the Receiver does not recommend should be fully allowed. Notice of the motion shall be served upon all claimants that submitted claims that the Receiver did not recommend should be allowed in full. Such claimants shall have ten days from the date of service of the motion to respond in writing to the Receiver's motion and recommendation;

   g. In the event the Court schedules an evidentiary hearing regarding the Receiver's recommended treatment of claims, the Receiver shall serve notice of the hearing upon all affected claimants and file a Certificate of Service with the Court;

   h. All creditors of Bio-Med that hold claims or demands against Bio-Med, whether they are due now or anytime in the future, contingent or unliquidated, must present their claims and demands in writing to the Receiver.

   i. Any creditor of Bio-Med that fails to submit, and deliver to the Receiver its Proof of Claim, and supporting documentation substantiating their claims, on or before thirty days after the Proof of Claim is served and published will be barred from ever asserting a claim against Bio-Med and the liquidated proceeds of the

receivership estate; and

j. The Receiver is authorized and directed to pay from the receivership estate all costs incurred from printing or reproducing, mailing the Letter and Proof of Claim and publishing notice of the claims process and any other notices required by this Order.

This _24_ day of November, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

496377

3