UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES

v.  405CR059

MARTIN J. BRADLEY, III, et al.

## ORDER

This Order follows *U.S. v. Bradley*, 2008 WL 228064 (S.D.Ga. 1/25/08) (unpublished), familiarity with which is assumed here. There the Court endeavored to tie up every last loose end in this case, *id.* at * 15, and at that time also entered a Consent Order, doc. # 1107, pursuant to which the Receiver -- unopposed -- now moves the Court to approve:

> (1) sale of real property located at 4 Mall Court, Savannah, Georgia (the "Property"); (ii) approval of three appraisers determining the market value of the Property; and (iii) notices announcing the sale of the Property....

Doc. # 1119. This is basically a re-do of motion # 1109, only with a corrected exhibit. *See* doc. # 1119 at 3 n. 1. As with the prior iteration, the Receiver represents that "the Government, the Bradley Defendants and the Bradley Wives have stipulated to the sale of the Property by the Receiver, subject to approval by the Court (Doc. # 1107)." *Id.* ¶ 8. The motion (doc. # 1119) therefore is *GRANTED*.

This  25  day of February, 2008.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA