UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES

v.                    405CR059

MARTIN J. BRADLEY, III, et al.

## ORDER

The Court *GRANTS* the Government's motion (doc. # 1127) to approve receiver/monitor compensation.

This  10  day of March, 2008.


_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA