UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES

v.  405CR059

MARTIN J. BRADLEY, III, et al.

## ORDER

Before the Court is a "continued-sealing" motion by the Monitor in this RICO case. Doc. # 1156. Familiarity with the facts of this case is presumed here. *See U.S. v. Bradley*, 2008 WL 228064 (S.D.Ga. 1/25/08) (unpublished) (factual and procedural background to this case); *U.S. v. Bradley*, 513 F.Supp.2d 1371 (S.D.Ga. 2007) (same).

As the Monitor knows, it is against public policy to keep parts of a public case "dark" indefinitely:

> [t]hose who seek to seal any court record, or avoid the filing of anything sent to a judge, must provide good "grounds for why they want something kept from the public, as there is a presumption against secrecy." *Snethen v. Board of Public Educ. for the City of Savannah and the County of Chatham*, 2007 WL 2345247 at *1 (S.D.Ga.8/15/07) (unpublished) (emphasis added) (citing *U.S. v. Bradley*, --- F.Supp.2d ----, 2007 WL 1464058 at *10 (S.D.Ga.5/17/07), *unsealing objections overruled, U.S. v. Bradley*, 2007 WL 1703232 (S.D.Ga.6/11/07) (unpublished); and *U.S. v. Bradley*, 405CR059 doc. # 992 (S.D.Ga.7/30/07) (unpublished))

*U.S. v. Bradley*, 2007 WL 4224963 at * 1 (S.D.Ga. 11/28/07) (unpublished) (cite omitted).

In a previous Order (doc. # 1108) this Court allowed the Monitor to keep parts of its Report # 14 sealed because of a "potential criminal investigation" that, according to the Monitor, still remains a possibility. Doc. # 1156 at 1-2 (claiming that the prosecutor concurs). Thus, the Monitor renews its motion to keep those parts under seal for another 90 days.

The Court *GRANTS* the Monitor's latest motion (doc. #1156), and thus that portion of Report # 14 shall remain under seal. However, this Order is valid only for another 90 days, after which the Monitor shall show why its report should not be unsealed, and include the prosecutor's sealed, *ex parte* affidavit showing why, after all that time, the criminal investigation could not be concluded.

This __28__ day of July, 2008.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA