UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES

v.                405CR059

MARTIN J. BRADLEY III, et al.

## ORDER

This criminal RICO prosecution arises from a prescription-drug-based fraud scheme advanced in varying degrees by eight individual and two corporate defendants. Doc. # 1; # 106 at 2. A jury convicted Martin J. Bradley, Jr., Martin J. Bradley, III, Albert Tellechea and Bio-Med Plus, Inc. (Bio-Med). Doc. ## 738-41. The Court ultimately entered Orders directing forfeiture and, to that end, appointing a Receiver and Monitor to marshal the Bradley defendants' forfeited assets, which includes Bio-Med and its inventory. Doc. ## 598, 599, 790.

The Receiver has since marshaled various assets for liquidation, and successfully moved for leave to implement a third-party claims-resolution procedure. *See U.S. v. Bradley*, 2008 WL 228064 (S.D.Ga. 1/25/08) (unpublished); doc. # 1108. Subsequently, this Court noted the claim filed by the Florida Department of Health (DOH), and directed the Receiver to report to this Court on the disposition of it, and explain why it could not be resolved within 10 days. Doc. # 1124.

Florida's DOH next moved this Court "for clarification," noting that it timely filed its $1.3 million claim, and that resulted "in a Settlement Agreement and General Release between DOH and the Receiver appointed by this Court...." Doc. # 1154. The DOH concluded:

> In view of the fact that a claim has been filed by DOH after settlement with the Receiver who has recommended approval of DOH's claim to this Court, DOH respectfully requests this Court to advise if any further action is required by DOH to expedite approval by the Court for the claim.

*Id.*

In other words, the DOH wants its money. In its last Order, the Court discerned no motion seeking its approval of any payment to the DOH. Doc. # 1159. Nor was it notified of any payment impediment. Accordingly, it granted the DOH's "clarification" motion (doc. # 1154) and directed the Receiver to promptly reply. Doc. # 1159. She did. Doc. # 1161. The Court agrees with her that this and all other pending claims should await the Eleventh Circuit's resolution of the pending appeals in this case. At that time, the Receiver shall move this Court for authority to pay the DOH and all other claims resolved through the previously instituted claims procedures. *See* doc. ## 1076, 1107, 1108.

This __18__ day of August, 2008.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA